No. 6106.  TARVER v. SMITH, SECRETARY OF DEPART-
MENT OF SOCIAL AND HEALTH SERVICES OF WASHINGTON.
Sup. Ct. Wash.  The Solicitor General is invited to file
a brief expressing the views of the United States.

No. 6152.  WILLIAMS v. GRAY, U. S. DISTRICT JUDGE;
No. 6277.  CARROLL v. FAY, WARDEN; and
No. 6300.  FENNELL ET AL. v. MATHES, CHIEF JUDGE,
U. S. COURT OF APPEALS, ET AL.  Motions for leave to
file petitions for writs of mandamus denied.

No. 582.  LYNCH, ATTORNEY GENERAL OF CALIFORNIA,
ET AL. v. GILMORE ET AL.  Appeal from D. C. N. D. Cal.
Motion of appellees for leave to proceed in forma pauperis
granted.  Further consideration of question of jurisdic-
tion in this case postponed to hearing of case on the
merits.

No. 903.  PORT OF PORTLAND ET AL. v. UNITED STATES
ET AL.  Appeal from D. C. Ore.  Probable jurisdiction
noted.

No. 6060.  FUENTES ET AL. v. FAIRCLOTH, ATTORNEY
GENERAL OF FLORIDA, ET AL.  Appeal from D. C. S. D.
Fla.  Motion for leave to proceed in forma pauperis
granted.  Probable jurisdiction noted.

No. 6061.  MAYER v. CITY OF CHICAGO.  Appeal from
Sup. Ct. Ill.  Motion for leave to proceed in forma
pauperis granted.  Probable jurisdiction noted.